

# Notice of Service of Process

null / PERINJ
Transmittal Number: 13582318
Date Processed: 03/17/2015

| | |
|---|---|
| **Primary Contact:** | Katelyn Linville<br>Bi-Lo<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| **Copy of transmittal only provided to:** | Denise Teague<br>Shelia Strickland<br>Linda Bell |
| **Entity:** | Winn-Dixie Montgomery, LLC<br>Entity ID Number  1710488 |
| **Entity Served:** | Winn-Dixie Montgomery LLC |
| **Title of Action:** | Bridgette McCain vs. Winn-Dixie Montgomery, LLC |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | St. Bernard Parish District Court, Louisiana |
| **Case/Reference No:** | 15 0231 B |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/17/2015 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Marcus J. Poullard<br>504-523-1500 |
| **Notes:** | Document consists of Citation/Petition. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



# CITATION

BRIDGETTE MCCAIN

VERSUS

WINN-DIXIE MONTGOMERY, LLC

Case # 15-0231

Division: B

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: WINN-DIXIE MONTGOMERY LLC
THROUGH ITS AGENT FOR PROCESS:
CSC OF ST. TAMMANY PARISH, INC.
215 ST. ANN DRIVE, STE 2
MANDEVILLE, LA 70471-3394

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES**. The petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 11TH DAY OF MARCH 2015.

JDP/B. MCCAIN

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/s/Jeanine Pellegrini

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

Sheriff

## 34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO.: **15 0231**  DIVISION: 

### BRIDGETTE MCCAIN

### VERSUS

### WINN-DIXIE MONTGOMERY, L.L.C.

FILED: MAR 04 2015    Randy S. Nunez
_____    _____
                              DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **Bridgette McCain**, a person of the age of majority and resident of the Parish of St. Bernard, who respectfully represents as follows:

I.

Made Defendants herein are:

A. **Winn-Dixie Montgomery, L.L.C.**, (Hereinafter referred to as "Winn-Dixie"), a foreign limited liability company authorized to do and doing business within the State of Louisiana and the jurisdiction of this Court.

II.

Venue is proper in St. Bernard Parish as the incident at issue in this litigation occurred in St. Bernard Parish at the **Winn-Dixie** store located on Paris Road in Chalmette, Louisiana.

III.

On or about September 4, 2014, Petitioner, **Bridgette McCain**, was shopping at the **Winn-Dixie** store located on Paris Road in Chalmette, Louisiana.

IV.

Petitioner, **Bridgette McCain**, was walking around the corner to shop on Aisle 6, when suddenly and without any warning, she slipped and fell onto the floor. After she was on the floor she realized that she had slipped in a large puddle of water.

V.

Petitioner avers that Defendant, **Winn-Dixie**, is vicariously liable under the doctrine of *respondeat superior* for any and all acts of negligence alleged to have been committed by its employees.

Page 1 of 3

### VI.

Defendant, **Winn-Dixie**, is alleged to be liable pursuant to La. R.S. 9.2800.6 because Defendant, **Winn-Dixie**, owed a duty to Petitioner, **McCain**, to exercise reasonable care to keep the aisles, passageways, and floors in a reasonably safe condition.

### VII.

Defendant, **Winn-Dixie**, further owed a duty pursuant to La. R.S. 9:28.6 to exercise reasonable effort to keep the premises free from hazardous conditions which might reasonably give rise to damage to persons such as Plaintiff.

### VIII.

The large puddle of water in the aisle of Petitioner's path posed an unreasonable risk of harm and constituted and unreasonably dangerous condition which was reasonably foreseeable to Defendant, **Winn-Dixie**.

### IX.

Defendants created, and otherwise, had actual and/or constructive notice of the unreasonably dangerous condition complained of herein.

### X.

Defendants failed to exercise reasonable care under the circumstances to maintain the premises free from unreasonably dangerous conditions in light of their actual and constructive knowledge of said danger.

### X.

As a result of the negligence of Defendant, Winn-Dixie, Petitioner, **Brigette McCain**, has sustained severe and disabling injuries, and damages, including but not limited to:

   a. Past, present, and future medical expenses;
   b. Past, present, and future physical pain and suffering;
   c. Past, present, and future mental and emotional anguish;
   d. Past, present, and future disability;
   e. Past, present, and future loss of enjoyment of life;
   f. Past, present, and future lost wages;
   g. Physical impairment; and
   h. Any and all other damages proven at trial of this matter.

XI.

WHEREFORE, Petitioner, **Bridgette McCain**, prays that a copy of the above and foregoing Petition for Damages be served upon Defendants herein and that they be duly cited to answer same and that after due proceedings are had, there be judgment herein in favor of Petitioner, **Bridgette McCain**, and against Defendants, **Winn-Dixie Montgomery, L.L.C.** in an amount to fully compensate Petitioner for her damages jointly, severally, and *insolido*, with legal interest from date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully Submitted,

Marcus J. Poulliard (#10641)
**Anthony J. Impastato (#34604)**
FRISCHHERTZ, POULLIARD,
FRISCHHERTZ, & IMPASTATO, L.L.C.
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 523-1500
Facsimile: (504) 581-1670

**PLEASE SERVE:**

**Winn-Dixie Montgomery, L.L.C.**
Through its agent for service of process
CSC of St. Tammany Parish, Inc.
215 St. Ann Drive, Suite 2
Mandeville, LA 70471-3394

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
/s/Jeanine Pellegrini