UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRIGETTE MCCAIN** | * | CIVIL ACTION NO. 16-cv-1546 |
| Plaintiff | * | |
| | * | SECTION:  B (2) |
| **VERSUS** | * | |
| | * | |
| **WINN-DIXIE MONTGOMERY, LLC** | * | JUDGE LEMELLE |
| Defendant | * | |
| | * | MAG. WILKINSON |
| | * | |

**************************************************************************

## MOTION TO REMAND

**NOW COMES**, Plaintiff, Brigette McCain, through undersigned counsel, who submits that this Court lacks subject matter jurisdiction over this action.

First, Defendants' Removal is procedurally defective, because the Removal is untimely. Defendants untimely filed for removal well over thirty days after receiving the initial pleadings in this case.  Next, Defendant, Brad Warren, is a citizen of Louisiana, and Defendants fail to meet their "heavy burden" of proving that the claims against Defendant, Brad Warren, are "fraudulently joined" in this action.  As such, there is not complete diversity.  Finally, Defendants have failed to prove that the amount in controversy exceeds the minimum jurisdictional amount.  Therefore, Defendants fail to prove that there is jurisdiction under 28 U.S.C. § 1332, and, thus, this matter should be remanded to state court.

For these reasons and those more fully set forth in the attached Memorandum in Support, Plaintiff submits that this Court lacks subject matter jurisdiction.  As a result, Plaintiff requests that this matter be remanded to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully Submitted,

*/s/ Anthony J. Impastato*
Lloyd Frischhertz (# 5749)
Dominick F. Impastato, III (#29056)

         Marc L. Frischhertz (#29194)
         Marcus J. Poulliard (#10641)
         **Anthony J. Impastato (#34604)**
         FRISCHHERTZ, POULLIARD,
         FRISCHHERTZ, IMPASTATO, LLC
         1130 St. Charles Avenue
         New Orleans, Louisiana 70130
         Telephone: (504) 523-1500
         Facsimile:   (504) 581-1670
         *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **March 22, 2016,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephen Elliot and David McDonald
**Bernard, Cassisa, Elliot & Davis**
3838 N. Causeway Blvd., Suite 3050
Metairie, LA  70002

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NONE**.

         */s/ Anthony J. Impastato*
         **Anthony J. Impastato, III (#34604)**